1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org

5

6  Attorneys for Defendant Mr. Montero

7

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   Case No. 08mj0432-02
                                       )
12          Plaintiff,                 )
                                       )
13 v.                                  )
                                       )   **NOTICE OF APPEARANCE**
14 **JOE ANTHONY MONTERO**,            )
                                       )
15          Defendant.                 )
                                       )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the

19 above-captioned case.

20                                          Respectfully submitted,

21 Dated: February 20, 2008               s/ *Michelle Betancourt*
                                          **MICHELLE BETANCOURT**
22                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
23                                        michelle_betancourt@fd.org

24

25

26

27

28